```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

ATLANTIC RECORDING CORP.,     )
et al.,                       )
                              )
            Plaintiffs,       )
                              )
      vs.                     )      No. 4:06-CV-1708 CEJ
                              )
JENNA RALEIGH,                )
                              )
            Defendant.        )

## ORDER

On March 28, 2007, plaintiffs submitted an exhibit in support of their motion for an extension of time to achieve service. The exhibit is a document that contains birth dates and social security numbers of parties. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this Court, such personal identifiers must be redacted in publicly-filed documents. See In re Business of the Court: Redaction of Personal Identifiers, Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the links in the CM/ECF system to the plaintiffs' motion for an extension of time to achieve service [# 5-1].

**IT IS FURTHER ORDERED** that plaintiffs shall have five days from the date of this order in which to re-file their motion and

supporting documents, redacted in compliance with the Administrative Order of October 8, 2004.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2007.